# EXHIBIT D

**FILED**
02 JUL 2009 12:16 pm
Civil Administration
D. DAILEY

| | |
|---|---|
| Arthur Alan Wolk, Esquire  Plaintiff, | : PHILADELPHIA COUNTY  : COURT OF COMMON PLEAS |
| v. | : CIVIL ACTION – LAW |
| Walter K. Olson, Theodore H. Frank, Esquire, David M. Nieporent, Esquire, The Overlawyered Group and Overlawyered.Com | : MAY TERM, 2009  : NO. 01489 |
| Defendants. | : |

### ORDER

AND NOW, this 27th day of JULY, 2009, it is hereby **ORDERED** and **DECREED** that

Plaintiff's Motion to Compel Pre-Complaint Discovery is **DENIED**.

BY THE COURT:

_____ J.

DOCKETED
JUL 29 2009
J. DIROSA
CIVIL ADMINISTRATION

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

JUL 2 9 2009

FIRST JUDICIAL DISTRICT OF PA
USER I.D.:_____

Wolk Vs Olson Etal-ORDER


09050148900020

Case ID. 090501489
Control No. 09061584