UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-3352 and 11-3178

Arthur Wolk v. Walter Olson, et al

2-09-cv-04001

### ORDER

FILED
SEP 16 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 9/16/2011

cc: George A. BochettoEsq.
Jennifer E. Canfield
Tricia D. ClarkEsq.
Siobhan K. ColeEsq.
Lucy A. DalglishEsq.
David W.T. DanielsEsq.
Andrew J. DeFalcoEsq.
David P. HeimEsq.
Jeremy D. MishkinEsq.
Michael N. OnufrakEsq.
Paul R. RosenEsq.
Michael E. RosmanEsq.
Bradley J. StollEsq.
Arthur A. WolkEsq.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.